**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Brandon Lavergne
Louisiana State Penitentiary DOC No. 424229
DR CCR D-8
Angola LA 70712

**REHEARING ACTION: July 30, 2014**

**Docket Number: 13   01086-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON LAVERGNE**

**Writ Application from Evangeline Parish Case No. 58521-FA**

BEFORE JUDGES:

   **Hon. Elizabeth A. Pickett**
   **Hon. J. David Painter**
   **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Lavergne** has this day been

   **DENIED.**

cc: Hon. Trent Brignac, Counsel for  the Respondent